THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Brenda R. Babb, Appellant,
v.
Carey E. Graham,
 Southbridge Cable Television, LLC, and Cable Plus of Carolina, Inc., Defendants,
Of whom Carey
 E. Graham is the Respondent.
 
 
 

Appeal From Horry County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2011-UP-441
Submitted October 1, 2011  Filed October
 11, 2011 

AFFIRMED

 
 
 
Brenda R. Babb, pro se, of Calabash, North
 Carolina.
J. Jackson Thomas, of Myrtle Beach, for
 Respondent.
 
 
 

PER CURIAM:  Brenda R. Babb appeals the circuit
 court's order granting summary judgment on her breach of contract cause of
 action based on the statute of limitations.   Babb contends the statute of
 limitations had not run because her cause of action related back to the date of
 her original complaint pursuant to Rule 15(c), SCRCP.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: S.C. Code Ann. § 15-3-530 (2005) (providing a party must
 commence "an action upon a contract" within three years); Rule 15(c),
 SCRCP (providing that an amendment of pleadings relates back to the date of the
 original pleading only "[w]henever the claim or defense asserted in the
 amended pleading arose out of the conduct, transaction or occurrence set forth
 or attempted to be set forth in the original pleadings").  
 AFFIRMED.
 SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.